# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **VALLEY HEALTH SYSTEM,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**BASEL RAMLAWI, M.D.,** )<br>)<br>Serve: )<br>**100 East Lancaster Avenue** )<br>**Wynnewood, PA 19096** )<br>)<br>Defendant. )<br>) | Civil Action No. <u>5:21-cv-00022</u> |

## COMPLAINT

Plaintiff Valley Health System ("Valley Health"), through counsel, complains of the acts of Defendant Basel Ramlawi, M.D. and alleges and states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Valley Health System ("Valley Health") is a corporation organized and existing under the laws of Virginia and has its principal place of business in Winchester, Virginia. Valley Health is a not-for-profit health system of hospitals, urgent cares, physician practices, and services operating in Virginia, West Virginia, and Maryland.

2. Defendant Basel Ramlawi, M.D. ("Dr. Ramlawi"), upon information and belief, is a citizen and resident of Pennsylvania.

3. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between Plaintiff Valley Health and Defendant Dr. Ramlawi,

and the amount in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

## FACTS GIVING RISE TO PLAINTIFF'S CLAIM

5. Valley Health restates and incorporates by reference all preceding paragraphs as if fully set forth herein.

6. Valley Health operates a clinical research program under which it participates in various clinical trials sponsored by medical device manufacturers, pharmaceutical companies, and similar entities.

7. From 2015 until August 2020, Dr. Ramlawi was employed by Valley Physician Enterprise, Inc. ("VPE"), a subsidiary of Valley Health.

8. During this time period, Valley Health and Dr. Ramlawi entered into various clinical trial agreements with sponsors under which Dr. Ramlawi would serve as the principal investigator for clinical trials performed at Valley Health. The clinical trial sponsors included the following: Astellas Pharma Inc.; Atricure, Inc.; Bioventrix, Inc.; LiVaNova USA, Inc.; Medtronic, Inc.; and NeoChord. The clinical trial agreements with the sponsors provided that sponsor payments would be made directly to Valley Health.

9. In connection with the clinical trial agreements, Valley Health and Dr. Ramlawi entered into a research agreement for payment of facility services. This agreement set forth the services to be provided by Valley Health to support Dr. Ramlawi's work as principal investigator, as well as Valley Health's compensation for providing the services.

10. In April 2016, Valley Health and Dr. Ramlawi entered into a research agreement for payment of facility services. This agreement was executed by Dr. Ramlawi and by Jennifer Stanford ("Stanford"), then-Director of Valley Health Clinical Research Department.

11. In January 2017, Valley Health and Dr. Ramlawi entered into another research agreement for payment of facility services. This agreement was also executed by Dr. Ramlawi and Stanford.

12. In the fall of 2018, Dr. Ramlawi and Stanford discussed a new compensation arrangement for the facility services provided by Valley Health that would cover all clinical trials of Dr Ramlawi. In addition, Dr. Ramlawi and Stanford discussed having Dr. Ramlawi be the payee with respect to payments from the clinical trial sponsor.

13. In November 2018, Valley Health and Dr. Ramlawi entered into a new research agreement for payment of facility services (the "2018 Agreement"). A copy of the 2018 Agreement is attached hereto as Exhibit 1.

14. The 2018 Agreement was executed by Dr. Ramlawi on November 9, 2018, and by Stanford on November 12, 2018.

15. Pursuant to the 2018 Agreement, its term began on January 1, 2016, and was set to conclude December 31, 2021, or earlier under certain circumstances.

16. Under the terms of the 2018 Agreement, Dr. Ramlawi agreed that Valley Health would be compensated for certain services at specified rates set forth in Exhibit A to the 2018 Agreement.

17. At all relevant times, Dr. Ramlawi was the sole member of Paramount Heart, LLC ("Paramount Heart"), a Virginia limited liability company with its principal place of business in Winchester, Virginia.

18. Under the terms of the 2018 Agreement, study payments were to be sent directly from the study sponsor to Paramount Heart, and all payments were to be made from Paramount Heart to Valley Health and other required parties.

19. As of February 16, 2021, the projected total revenue from the sponsors for the trials conducted at Valley Health for which Dr. Ramlawi served as principal investigator was $3,264,515.72. This amount includes payments of $3,061,482.10 already made by the sponsors, and an additional $203,033.62 to be paid after February 16, 2021.

20. Valley Health has not received all compensation to which it is entitled under the 2018 Agreement.

21. Dr. Ramlawi has failed and refused to pay $540,521.39 in funds owed to Valley Health pursuant to the 2018 Agreement.

22. Upon information and belief, Dr. Ramlawi will continue to receive funds related to clinical trials performed at Valley Health, a portion of which will be due to Valley Health under the terms of the 2018 Agreement.

**FIRST CLAIM FOR RELIEF**
**(Breach of Contract – 2018 Agreement)**

23. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

24. The 2018 Agreement is a valid, binding, enforceable contract between Dr. Ramlawi and Valley Health.

25. Dr. Ramlawi's failure to compensate Valley Health for services performed in connection with the clinical trials constitutes a breach of the 2018 Agreement.

26.     As a direct and proximate result of Dr. Ramlawi's breach of the 2018 Agreement, Valley Health has suffered damages in the amount of $540,521.39 or such other amounts as may be proven at trial.

WHEREFORE, Plaintiff prays the Court:

a. Adjudge Defendant liable to Valley Health in the amount of $540,521.39 or such other amounts as may be proven at trial;

b. Tax the costs of this action to Defendant; and

c. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 15th day of March, 2021.

**VALLEY HEALTH SYSTEM**

**By:** /s/ John B. Mumford, Jr.
　　　　**Counsel**

John B. Mumford, Jr. (VSB #38764)
Hancock, Daniel & Johnson, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
jmumford@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Attorney for Valley Health System*